| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0645 2:06-CR-20378-01 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:17CR130 DAD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Esequiel Quinonez | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE | |
| | Honorable George Caram Steeh | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/05/2014 | TO 09/04/2017 |

**FILED MAY 11 2017 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**OFFENSE**
Count 1: 21 U.S.C. §§ 841(a)(1) and 846 – Conspiracy To Possess With Intent To Distribute and to Distribute Cocaine
Count 3: 21 U.S.C. § 841(a)(1) – Distribution of One Kilogram or more of Heroin

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  EASTERN  DISTRICT OF  MICHIGAN

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 11, 2017
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Eastern  DISTRICT OF  California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/11/17
*Effective Date*

*United States District Judge*