| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
|   | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
|   | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
ESEQUIEL QUINONEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:17-cr-00130-DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
|   | ) STATUS CONFERENCE AND SET FOR |
| vs. | ) ADMISSION BEFORE JUDGE DALE A. |
|   | ) DROZD |
| ESEQUIEL QUINONEZ, | ) |
|   | ) Date: June 26, 2017 |
| Defendant. | ) Time: 10:00 a.m. |
|   | ) Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, David Gappa, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Esequiel Quinonez, that the matter be set for a hearing to take Mr. Quinonez's admission on June 26, 2017, at 10:00 a.m., before the Honorable Dale A. Drozd. The parties further stipulate that the status conference currently scheduled for June 26, 2017 at 2:00 p.m. before the Honorable Erica P. Grosjean may be vacated.

///
///
///
///

1

The parties have reached a resolution which involves a proposed modification of the conditions of Mr. Quinonez's supervised release, and only a District Judge has the authority to consider and grant the parties' proposal for modification.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 9, 2017        */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 9, 2017        */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
Esequiel Quinonez

## **O R D E R**

The Court has reviewed and considered the stipulation of the parties to vacate the status conference and set an admission hearing in this case. Good cause appearing, the status conference as to Esequiel Quinonez currently set for June 26, 2017, before Magistrate Judge Erica P. Grosjean is vacated and an admission hearing re out of district warrant re violation of supervised release (Eastern District of Michigan) is set for June 26, 2017, at 10:00am in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **June 12, 2017**

_____
UNITED STATES DISTRICT JUDGE