HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ESEQUIEL QUINONEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00130-DAD |
| *Plaintiff,* | ORDER GRANTING RELEASE TO TURNING POINT RESIDENTIAL RE-ENTRY CENTER |
| vs. | |
| ESEQUIEL QUINONEZ, | |
| *Defendant.* | |

Upon consideration of the parties' request that Defendant be released to the Turning Point Residential Re-Entry Center at 1638 L. St., Fresno CA 93721, IT IS HEREBY ORDERED that Defendant Esequiel Quinonez be RELEASED FORTHWITH to the custody of Rosa Maria Quinonez (Defendant's Mother) for the purposes of transport to Turning Point.

Immediately upon release, and no later than 9:00 p.m. on the evening of the date of this order, Defendant shall report to Turning Point and shall begin participation in the program.

IT IS SO ORDERED.

Dated: **June 26, 2017**

_____
UNITED STATES DISTRICT JUDGE