HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar # 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Esequiel Quiñonez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00130-DAD |
| Plaintiff, | ORDER GRANTING DEFENDANT'S APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c) |
| vs. | |
| ESEQUIEL QUIÑONEZ, | (Doc. 29) |
| Defendant. | |

The defendant's application for subpoena duces tecum (Doc. 29) **IS HEREBY GRANTED** authorizing issuance of subpoena *duces tecum* pursuant to Rule 17(c), to **Robert Stillman, Custodian of Records, Alere Toxicology Services, Inc., at 450 Southlake Blvd, Richmond, VA 23236**, for production of the following item:

1. Mr. Quiñonez's urinalysis specimen, ID No. B04052018 and/or B03720674, which is to be sent to defense expert Pacific Toxicology for a re-test of the sample.

IT IS SO ORDERED.

Dated: __February 21, 2018__                    _____
                                                              UNITED STATES DISTRICT JUDGE